UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTOPHER HASTY #6371,<br>Plaintiff | DOCKET NO. 1:21-CV-03685, SEC P |
| VERSUS | JUDGE DRELL |
| CATAHOULA CORRECTIONAL<br>CENTER, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 12), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 12th day of April, 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT